

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PACKAGED SEAFOOD PRODUCTS
ANTITRUST LITIGATION                                           MDL No. 2670

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On December 9, 2015, the Panel transferred 3 civil action(s) to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Janis L. Sammartino.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Sammartino.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of December 9, 2015, and, with the consent of that court, assigned to the Honorable Janis L. Sammartino.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 23, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 1-4-16
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____ Deputy

IN RE: PACKAGED SEAFOOD PRODUCTS
ANTITRUST LITIGATION

MDL No. 2670

### SCHEDULE CTO-1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARKANSAS EASTERN** | | | |
| ARE | 4 | 15−00545 | Machin v. Bumble Bee Foods LLC et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 15−04025 | Damske et al v. Bumble Bee Foods LLC et al |
| CAN | 3 | 15−04093 | Christensen et al v. Bumble Bee Foods LLC et al |
| CAN | 3 | 15−04094 | Waterman v. Bumble Bee Foods LLC et al |
| CAN | 3 | 15−04187 | Associated Grocers of New England, Inc., et al v. Tri−Union Seafoods, LLC et al |
| CAN | 3 | 15−04241 | Central Grocers, Inc. v. Bumble Bee Foods, LLC et al |
| CAN | 3 | 15−04312 | Western Family Foods, Inc. v. Tri−Union Seafoods, LLC et al |
| CAN | 3 | 15−04536 | Associated Grocers of Florida, Inc. v. Bumble Bee Foods, LLC, et al |
| CAN | 3 | 15−04667 | Associated Food Stores, Inc. v. Tri−Union Seafoods, LLC, et al |
| CAN | 3 | 15−04733 | Benjamin Foods LLC v. Bumble Bee Foods LLC et al |
| CAN | 3 | 15−04886 | Giant Eagle, Inc. v. Tri−Union Seafoods, LLC, et al |
| CAN | 3 | 15−05310 | McLane Company, Inc. et al v. Tri−Union Seafoods, LLC et al |
| CAN | 3 | 15−05371 | Associated Grocers, Inc. v. Tri−Union Seafoods, LLC et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 15−01450 | Winn−Dixie Stores, Inc et al v. Bumble Bee Foods, LLC et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 3 | 15−00385 | LESGO PERSONAL CHEF, LLC v. BUMBLE BEE FOODS, LLC et al |